UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON SUBSCRIBING TO POLICIES B0572MA162491, B0572MA152594, B0572MA152507 and B0572MA142594,<br><br>Plaintiff,<br><br>v.<br><br>OZONE INTERNATIONAL LLC,<br><br>Defendant. | No.  1:17-CV-03028-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 27, 2017, the parties filed a stipulated dismissal, ECF No. 28. The parties' have fully executed a settlement agreement. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

   **1.** The parties' Notice of Settlement and Stipulated Motion to Dismiss With Prejudice, **ECF No. 28**, is **GRANTED.**

   **2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **3.** All pending motions are **DENIED AS MOOT.**

ORDER **-** 1

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 27th day of September 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge